# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No: 25-165 |

## CERTIFICATE RULE LCVR 26.1

I, the undersigned, counsel of record for Plaintiff Center for Biological Diversity, certify that to the best of my knowledge and belief, the Center for Biological Diversity has no parent companies, subsidiaries, or any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 20, 2025

    s/ *Tanya Sanerib*
Tanya Sanerib (DDC Bar No. 473506)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(206) 379-7363
tsanerib@biologicaldiversity.org

*Attorney for Plaintiff*
*Center for Biological Diversity*