AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Center for Biological Diversity, <br> *Plaintiff* <br> v. <br> Office of Management and Budget, <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-00165-BAH <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Center for Biological Diversity.

Date: 01/21/2025

/s/ Jason C. Rylander
*Attorney's signature*

Jason C. Rylander (DDC Bar No. 474995)
*Printed name and bar number*

1411 K Street NW, Suite 1300
Washington DC 20005
*Address*

jrylander@biologicaldiversity.org
*E-mail address*

(202) 744-2244
*Telephone number*

(520) 623-9797
*FAX number*