IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff*, v. OFFICE OF MANAGEMENT AND BUDGET, *Defendant*. | Case No. 1:25-cv-00165-BAH |

**AFFIDAVIT OF SERVICE**

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Corporate Disclosure Statement (Certificate Rule LCVR 26.1) |
| ECF 3 | Issued Summons |
| ECF 3-1 | Notice of Right to Consent to Trial Before a U.S. Magistrate Judge |
| ECF 4 | Standing Order for Civil Cases—Judge Beryl A. Howell |
| ECF 5 | Notice of Appearance of Jason Rylander |

On January 22, 2025, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

Office of Management and Budget
725 17th Street NW
Washington, DC 20503

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street NW
Washington, DC 20530

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

The U.S. Attorney General received the documents on February 3, 2025.  The U.S. Attorney's Office received the documents on February 12, 2025. The Office of Management and Budget received the documents on February 24, 2025.  Receipts and delivery confirmations are attached as Exhibit A.

Due to the delay in delivery, the above-referenced documents were emailed to the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj.gov on February 7, 2025, as described in its October 4, 2024, guidance for service of process in civil actions under Federal Rule of Civil Procedure 4(i).[1]  The U.S. Attorney's Office responded by email to confirm it received and accepted the package for service, with a service date of February 7, 2025.  A copy of the confirmation email from the U.S. Attorney's Office is attached as Exhibit B.

I certify under penalty of perjury the foregoing is true and correct.


DATED:  February 26, 2025                     s/ *Cynthia Elkins*
                                              Cynthia Elkins, Senior Paralegal
                                              CENTER FOR BIOLOGICAL DIVERSITY
                                              PO Box 220
                                              Whitethorn, CA 95589

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/Service%20of%20Process%20in%20Civil%20Actions%20%282024-10-04%20update%20to%20Court%29.pdf.

# Exhibit A





February 3, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1502 8009 11**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 3, 2025, 5:11 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 13, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1502 8000 27**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 12, 2025, 6:59 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 5.0oz |
| Recipient Signature | |



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

February 25, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1502 8008 98**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 24, 2025, 4:25 am |
| Location: | WASHINGTON, DC 20500 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit B

# Cynthia Elkins

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Tuesday, February 11, 2025 11:23 AM |
| **To:** | Cynthia Elkins |
| **Subject:** | RE: Ctr. for Biological Diversity v. Office of Mgmt. & Budget, 1:25-cv-00165-BAH |

Your service package has been received and accepted with a service date of February 7, 2025.  Thank you.

**From:** Cynthia Elkins <CElkins@biologicaldiversity.org>
**Sent:** Friday, February 7, 2025 1:19 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Ctr. for Biological Diversity v. Office of Mgmt. & Budget, 1:25-cv-00165-BAH

**Re: FOIA Action - 1:25-cv-00165-BAH**

To Whom It May Concern,

Please see the attached documents that were filed in the United States District Court for the District of Columbia, which are provided for service by email as described in the U.S. Attorney's Office for the District of Columbia's October 4, 2024, guidance for service of process in civil actions under Federal Rule of Civil Procedure 4(i). This case involves violations of the Freedom of Information Act, 5 U.S.C. § 552, as amended, and your answer to the Complaint is due within 30 days.

Pursuant to your office's guidance document referenced above, the following documents are combined into a single PDF file in the order shown:

1. Issued Summons
2. Civil Cover Sheet
3. Complaint
4. Corporate Disclosure Statement (Certificate Rule LCVR 26.1)
5. Notice of Right to Consent to Trial Before a U.S. Magistrate Judge
6. Notice of Appearance of Jason Rylander

These documents were also sent by certified mail, electronic return receipt requested, on January 22, 2025, tracking number 9589071052701502800027.

Please let me know if there are any problems with receiving the attached documents.

Sincerely,
Cynthia Elkins, Senior Paralegal
(707) 358-0430

This email may contain material that is confidential, privileged, and/or an attorney work product for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.