UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        *Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-00165-BAH |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel for Defendants:

 Marianne F. Kies
 United States Department of Justice
 Civil Division, Federal Programs Branch
 1100 L Street, NW
 Washington, DC 20005
 202.353.1819
 marianne.f.kies@usdoj.gov

Dated: March 7, 2025        Respectfully submitted,

                MARCIA BERMAN
                Assistant Director
                Federal Programs Branch

                */s/ Marianne F. Kies*
                Marianne F. Kies (D.C. Bar No. 1023554)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20005
                Tel: (202) 353-1819
                Email: marianne.f.kies@usdoj.gov

                *Counsel for Defendants*