UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00165-BAH<br><br>Judge Beryl A. Howell |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Office of Management and Budget; U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization move for an extension of time to respond to Plaintiff's Amended Complaint (ECF 9).

This is Defendants' first such motion, and Plaintiff Center for Biological Diversity consents to the relief sought. In support of this motion, Defendants submit the following:

1. On January 20, 2025, Plaintiff filed a Complaint against Defendant Office of Management and Budget ("OMB"), asserting one claim for an alleged violation of the Freedom of Information Act ("FOIA"). ECF 1.

2. Plaintiff served its original Complaint on the United States Attorney on February 7, 2025, making Defendant OMB's response due on March 10, 2025. *See* ECF 6.

3. On February 27, 2025, Plaintiff filed an Amended Complaint, in which it added Defendants U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization. ECF 9. The Amended Complaint is broader in scope, addressing three additional FOIA requests sent to OMB since the filing of the original Complaint, and adding a claim against the newly added Defendants for an alleged violation of the Administrative Procedure Act. *See id.*

4. Counsel for Defendants understands that Plaintiff served its Amended Complaint on the United States Attorney on February 27, 2025, making Defendant OMB's response to the Amended Complaint due on March 13, 2025. Fed. R. Civ. P. 15(a)(3).

5. Given the broader scope of the Amended Complaint and the new legal issues raised therein, Defendants respectfully request an extension of time until March 27, 2025, to respond to Plaintiff's Amended Complaint (ECF 9).

6. Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiff, through counsel, and Plaintiff consents to the requested extension. A proposed order granting this motion is attached.

For these reasons, Defendants respectfully request that the Court grant this motion and extend Defendants' time to respond to Plaintiff's Amended Complaint to March 27, 2025.

Dated: March 10, 2025

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        ERIC HAMILTON
        Deputy Assistant Attorney General
        Federal Programs Branch

        MARCIA BERMAN
        Assistant Branch Director

        */s/ Marianne F. Kies*
        Marianne F. Kies
        Trial Attorney
        D.C. Bar No. 1023554
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 353-1819
        Fax: (202) 616-8460
        E-mail: Marianne.F.Kies@usdoj.gov

        *Counsel for Defendants*