# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>*Defendants.* | Case No: 1:25-cv-00165-BAH<br><br>**AFFIDAVIT OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 4, the undersigned counsel hereby certifies that service for the above-captioned case took place as described below.

On February 27, 2025, copies of the Amended Complaint (ECF 9) and Summons (ECF 10) were sent via USPS Certified Mail, electronic return receipt requested, to the following:

U.S. DOGE SERVICE (U.S. DIGITAL SERVICE)
736 Jackson Pl NW
Washington, DC 20503
(Tracking No. 9414811899560972426913)

U.S. DOGE SERVICE TEMPORARY ORGANIZATION
736 Jackson Pl NW
Washington, DC 20503
(Tracking No. 9414811899560972426111)

ELON MUSK, Agency Head
U.S. DOGE Service / U.S. DOGE Temporary Org.
736 Jackson Pl NW
Washington, DC 20503
(Tracking No. 9414811899560972426173)

AMY GLEASON, Acting Administrator
U.S. DOGE Service / U.S. DOGE Temporary Org.
736 Jackson Pl NW
Washington, DC 2050
(Tracking No. 9414811899560972426012)
PAMELA BONDI, Attorney General

    U.S. Department of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530
    (Tracking No. 9414811899560972405710)

    U.S. ATTORNEY c/o CIVIL PROCESS CLERK
    U.S. Attorney's Office for the District of D.C.
    601 D Street NW
    Washington, DC 20530
    (Tracking No. 9414811899560972634516)

Out of an abundance of caution, copies of the above-referenced documents were also emailed to the Office of the U.S. Attorney pursuant to instructions on the Department of Justice website.

Additionally, a copy of the Amended Complaint was sent via USPS Certified Mail, electronic return receipt requested, to Defendant OFFICE OF MANAGEMNT AND BUDGET at the following address:

    OFFICE OF MANAGEMENT AND BUDGET
    725 17th Street NW
    Washington, DC 20503
    (Tracking No. 9414811899560972934586)

The Office of the U.S. Attorney received and accepted the emailed documents on February 27, 2025, and received the mailed documents on March 7, 2025. The Office of the Attorney General also received the documents on March 7, 2025. Defendants U.S. DOGE SERVICE (U.S. DIGITAL SERVICE), U.S. DOGE SERVICE TEMPORARY ORGANIZATION, ELON MUSK, and AMY GLEASON received the documents on March 12, 2025. Defendant OFFICE OF MANAGEMENT AND BUDGET also received the Amended Complaint on March 12, 2025. Receipts and delivery confirmation verifying the above information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 14, 2025

Respectfully submitted,

s/ *Tanya Sanerib*
Tanya Sanerib (DDC Bar No. 473506)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(206) 379-7363
tsanerib@biologicaldiversity.org

*Attorney for Plaintiff*
*Center for Biological Diversity*