UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                              *Plaintiff*,<br><br>      v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br>                            *Defendants*. | Case No. 1:25-cv-00165-BAH<br><br>Judge Beryl A. Howell |

**JOINT MOTION TO SUSPEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND SET NEW DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants Office of Management and Budget; U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization (collectively, "Defendants") jointly move to suspend Defendants' deadline to respond to Plaintiff's Amended Complaint (ECF 9) pending Plaintiff's forthcoming Second Amended Complaint, or pending the Parties' Joint Status Report.

This is the Parties' first such motion.[1] In support of this motion, the Parties submit the following:

---

[1] Defendants previously requested, and the Court granted, a two-week extension of time to respond to the Amended Complaint, to March 27, 2025. ECF 12; *see* Mar. 10, 2025, Minute Order.

1

1. On January 20, 2025, Plaintiff filed a Complaint against Defendant Office of Management and Budget ("OMB"), asserting one claim for an alleged violation of the Freedom of Information Act ("FOIA"). ECF 1.

2. On February 27, 2025, Plaintiff filed an Amended Complaint, in which it added Defendants U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization. ECF 9. The Amended Complaint is broader in scope, addressing three additional FOIA requests sent to OMB since the filing of the original Complaint, and adding a claim against the newly added Defendants for an alleged violation of the Administrative Procedure Act. *See id.*

3. At the time of filing its Amended Complaint, Plaintiff had not sent any FOIA requests directly to the newly added DOGE defendants because Plaintiff understood that such FOIA requests should be directed to OMB. The Amended Complaint alleges that the DOGE entity Defendants are subcomponents of OMB. *E.g.*, Am. Compl. ¶¶ 1, 12, 14.

4. After the Amended Complaint was filed, Defendants informed Plaintiff it is the government's position that Plaintiff must exhaust administrative remedies as to the DOGE Defendants before seeking relief under FOIA in court. According to the government, pursuant to Executive Order, the U.S. DOGE Service is not a subcomponent of OMB.

5. Rather than litigate over whether the FOIAs to DOGE Defendants directed to OMB are proper, the Parties agreed that, in the interests of judicial efficiency, Plaintiff would exhaust administrative remedies by sending FOIAs directly to the DOGE Defendants rather than just to OMB. Plaintiff sent the DOGE Defendants FOIA requests on March 13, 2025. Once Plaintiff has exhausted administrative remedies with respect to the DOGE Defendants, Plaintiff intends to either file a Second Amended Complaint with Defendants' written consent or seek leave to file a Second Amended Complaint on or before April 21, 2025.

6. In the event Plaintiff decides not to file a Second Amended Complaint on or before April 21, 2025, the Parties will alternatively submit a Joint Status Report to the Court on that date updating the Court on the status of the case.

7. Pursuant to Local Rule 7(m), undersigned counsel has conferred with Plaintiff, through counsel, and Plaintiff joins this motion. A proposed order granting this motion is attached.

For these reasons, the Parties respectfully request that the Court grant this motion and (i) suspend Defendants' March 27, 2025, deadline to respond to Plaintiff's Amended Complaint; and (ii) direct that, on or before April 21, 2025, either Plaintiff will file a Second Amended Complaint with Defendants' written consent or will seek leave to file a Second Amended Complaint, or the Parties will file a Joint Status Report.

Dated: March 21, 2025

Respectfully submitted,

s/ *Tanya Sanerib*  
Tanya Sanerib (DDC Bar No. 473506)  
Center for Biological Diversity  
P.O. Box 11374  
Portland, OR 97211  
(206) 379-7363  

Jason Rylander (DDC Bar No. 474995)  
1411 K Street NW,  
Washington DC 20005  
(202) 744-2244  
jrylander@biologicaldiversity.org  

*Attorneys for Plaintiff*

YAAKOV M. ROTH  
Acting Assistant Attorney General  
Civil Division  

ERIC HAMILTON  
Deputy Assistant Attorney General  
Federal Programs Branch  

MARCIA BERMAN  
Assistant Branch Director  

*/s/ Marianne F. Kies*  
Marianne F. Kies  
Trial Attorney  
D.C. Bar No. 1023554  
United States Department of Justice  
Civil Division  
Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20005  
Tel: (202) 353-1819  
Fax: (202) 616-8460  
E-mail: Marianne.F.Kies@usdoj.gov  

*Attorneys for Defendants*

4