AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Biological Diversity | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00165-BAH |
| Office of Management and Budget et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center for Biological Diversity   .

Date:   04/21/2025

/s/ Lauren A. Parker
*Attorney's signature*

Lauren A. Parker (DC Bar No. 1670885)
*Printed name and bar number*
1411 K Street NW, Suite 1300
Washington, DC 20005

*Address*

lparker@biologicaldiversity.org
*E-mail address*

(202) 868-1008
*Telephone number*

*FAX number*