**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00165-BAH <br><br> Judge Beryl A. Howell |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants Office of Management and Budget; U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization (collectively, "Defendants") jointly move to set a briefing schedule for Defendants' partial motion to dismiss Plaintiff's Second Amended Complaint (ECF No. 20).

This is the Parties' first such motion. In support of this motion, the Parties submit the following:

1. On January 20, 2025, Plaintiff filed a Complaint against Defendant Office of Management and Budget ("OMB"), asserting one claim for an alleged violation of the Freedom of Information Act ("FOIA"). Complaint (ECF No. 1).

2. On February 27, 2025, Plaintiff filed an Amended Complaint, in which it added Defendants U.S. DOGE Service (U.S. Digital Service); U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as Agency Head of the U.S. DOGE Service and U.S. DOGE Temporary Organization; and Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Temporary Organization. Am. Complaint (ECF No. 9). The Amended Complaint is broader in scope, addressing three additional FOIA requests sent to OMB since the filing of the original Complaint, and adding a claim against the newly added Defendants for an alleged violation of the Administrative Procedure Act. *See id.*

3. On April 23, 2025, Plaintiff's motion to amend and supplement was granted and Plaintiff's Second Amended Complaint was docketed. 2d Am. Complaint (ECF No. 20). Under Federal Rule of Civil Procedure 15, Defendants' answer or other responsive pleading would be due "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. Pro. 15(a)(3).

4. Pursuant to Local Rule 7(m), the Parties have conferred and Defendants intend to file a partial motion to dismiss the Second Amended Complaint as to the DOGE Defendants. The Parties respectfully request that the Court enter the following schedule for briefing Defendants' partial motion to dismiss:

| | |
|---|---|
| Defendants' Partial Motion to Dismiss | May 23, 2025 |
| Plaintiff's Response | June 20, 2025 |
| Defendants' Reply | July 11, 2025 |

5. A proposed order granting this motion is attached.

For these reasons, the Parties respectfully request that the Court grant enter their proposed schedule for briefing Defendants' forthcoming partial motion to dismiss.

Respectfully submitted April 29, 2025,

s/ *Tanya Sanerib*
Tanya Sanerib (DDC Bar No. 473506)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(206) 379-7363

Jason Rylander (DDC Bar No. 474995)
(202) 744-2244
jrylander@biologicaldiversity.org
Lauren Parker (DC Bar No. 1670885)
(202) 868-1008
lparker@biologicaldiversity.org
1411 K Street NW,
Washington DC 20005

*Attorneys for Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

MARCIA BERMAN
Assistant Branch Director

*/s/ Marianne F. Kies*
Marianne F. Kies
Trial Attorney
D.C. Bar No. 1023554
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-1819
Fax: (202) 616-8460
E-mail: Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*