UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00165-BAH<br><br>Judge Beryl A. Howell |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants United States DOGE Service, U.S. DOGE Service Temporary Organization, Elon Musk, and Amy Gleason respectfully move to dismiss Plaintiff's Second Amended Complaint for failure to state a claim for which relief can be granted, for the reasons set forth in the accompanying memorandum of law. A proposed order is attached as well.

DATED: May 23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

                                                    Washington, D.C. 20005  
                                                    Telephone: (202) 353-1819  
                                                    Fax: (202) 616-8470  
                                                    Marianne.F.Kies@usdoj.gov

                                                    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Marianne F. Kies*
MARIANNE F. KIES